UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>LANDMARK INSURANCE COMPANY, et al.,<br><br>       Defendants. | Case No. 14-cv-01630-JD   (JCS)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 35 |

Pursuant to the Order granting the Joint Stipulation Vacating the Mandatory Settlement Conference, signed by Judge Donato on August 27, 2014 (ECF No. 35), **IT IS HEREBY ORDERED** that the Settlement Conference set for September 4, 2014, at 11:00 A.M., is **VACATED**. The parties may contact Judge Spero's clerk when they are ready to reschedule the settlement conference.

    IT IS SO ORDERED.

Dated: August 28, 2014

                                                           JOSEPH C. SPERO<br>
                                                           United States Magistrate Judge