UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>LANDMARK INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.  14-cv-01630-JD   (JCS)<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF'S CLIENT REPRESENTATIVE TO APPEAR BY PHONE**<br><br>Re: Dkt. No. 48 |

Plaintiff Western Heritage filed a request to allow their client representative, Ms. Loni Borgognone, to attend the November 18, 2014 settlement conference by phone. Defendants do not oppose this request.

IT IS HEREBY ORDERED that Ms. Loni Borgognone shall be allowed to appear by phone at the settlement conference. Ms. Borgognone shall be available beginning at 9:30 AM until the conclusion of the settlement conference.

IT IS HEREBY FURTHER ORDERED that Western Heritage shall have another adjuster attend the settlement conference in person.

**IT IS SO ORDERED.**

Dated: November 5, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge